No. 1122. HANCOCK v. NIERSTHEIMER, WARDEN. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1133. TOMANEK v. ILLINOIS. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1134. MINOR v. RAGEN, WARDEN. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1150. PAYNES v. ILLINOIS. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1152. LOFTUS v. RAGEN, WARDEN. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1157. STAFFORD v. RAGEN, WARDEN. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1164. SCOTT v. RAGEN, WARDEN. May 13, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1165. MILLS v. RAGEN, WARDEN. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.